| | |
|---|---|
| 1 | JACQUELINE P. MINOR (SBN: 102735) |
| 2 | MARION M. MCWILLIAMS (SBN: 187532)<br>MICHAEL L. SMITH (SBN: 217751) |
| 3 | OAKLAND UNIFIED SCHOOL DISTRICT<br>1025 Second Avenue, Room 406 |
| 4 | Oakland, CA  94606<br>Telephone:  (510) 879-8535 |
| 5 | Fax:  (510) 879-1833<br>E-Mail:  mike.smith@ousd.k12.ca.us |
| 6 | |
| 7 | LOUIS A. LEONE, ESQ. (SBN: 099874)<br>JENNIFER N. LOGUE, ESQ. (SBN: 241910) |
| 8 | **STUBBS & LEONE**<br>A Professional Corporation |
| 9 | 2175 N. California Blvd., Suite 900<br>Walnut Creek, CA  94596 |
| 10 | Telephone:   (925) 974-8600<br>Facsimile:    (925) 974-8601 |
| 11 | E-Mail:  lleone@stubbsleone.com<br>E-Mail:  loguej@stubbsleone.com |
| 12 | |
| 13 | Attorneys for Defendants<br>JONATHAN BELLUSA (erroneously sued |
| 14 | as Jonathan Belluga) and KENT KENERY |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | DIARIO SMITH | Civil Action No. C10-01777 SBA |
| 18 | Plaintiff, | |
| 19 | vs. | [PROPOSED] JUDGMENT<br>(Fed. Rule Civ. Pro. 58(a)) |
| 20 | CITY OF OAKLAND, a municipal corporation;<br>WAYNE G. TUCKER, in his capacity as Chief | |
| 21 | of Police for CITY OF OAKLAND; JONATHAN<br>BELLUGA; K. KENERY; and DOES 1-25, | |
| 22 | inclusive, individually, and in their official<br>capacity as police officers for CITY OF | |
| 23 | OAKLAND, | |
| 24 | Defendants. | |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

On March 10, 2011, this Court, by written order, granted Defendants Jonathan Bellusa and Kent Kenery's motion to dismiss, dismissed this action in its entirety and terminated all pending matters and deadlines.

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Plaintiff Dario Smith take nothing by his complaint; and
2. Judgment be, and hereby is, entered in favor of Defendants.

Dated:  March _29_, 2011

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge